(No. 3162—

MARTIN PFEIFFER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 8, 1938.*
*Award vacated September 13, 1938.*

(Nos. 3131-3140-3154-3174-3179—

VAN V. LAIN AND WM. V. V. LAIN, CO-PARTNERS, DOING BUSINESS AS LAIN & SON, Nos. 3131, 3140 AND 3154, O. L. MARSTON, No. 3174 AND DANIEL T. O'REGAN, No. 3179, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 8, 1938.*
*Awards vacated September 13, 1938.*

(Nos. 3175-3176-3177, Consolidated—

EDWARD R. WEERTS, No. 3175, VICTOR A. KARCHER AND FRANK A. KARCHER, DOING BUSINESS UNDER AND BY THE FIRM NAME AND STYLE OF KARCHER BROTHERS FUNERAL HOME, No. 3176 AND UNION CO-OPERATIVE UNDERTAKING ASSOCIATION, No. 3177, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 25, 1938.*
*Award vacated September 13, 1938.*